IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **NO. 15-0021-6** |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JOSEPH MITCHELL, SR.** | : | **NO. 17-2927** |
| *Defendant-pro se* | : | |

# ORDER

**AND NOW**, this 25th day of October 2017, upon consideration of Defendant Joseph Mitchell, Sr.'s *motion to vacate, set aside, or correct sentence under 28 U.S.C. 2255*, (Doc. 773), and the Government's opposition thereto, (Doc. 789), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to vacate, set aside, or correct sentence is **DENIED**, and no certificate of appealability shall issue.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*